**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 08-50576 |
| Plaintiff - Appellee, | D.C. No. 2:05-cr-00818-GHK-1 |
| v. | |
| **DOUGLAS COLEMAN CRAWFORD**, | **MEMORANDUM**[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
George H. King, District Judge, Presiding

Submitted August 30, 2010[**]
Pasadena, California

Before: **KOZINSKI**, Chief Judge, **O'SCANNLAIN** and **GOULD**, Circuit
Judges.

Sufficient evidence supported the district court's finding that defendant

distributed fifty or more grams of cocaine base on two separate occasions. See

Jackson v. Virginia, 443 U.S. 307, 318–19 (1979). This isn't a case where the

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

district court approximated drug quantity from circumstantial evidence. See

United States v. Culps, 300 F.3d 1069, 1076 (9th Cir. 2002). The weights were

corroborated by expert testimony and defendant's own admissions as to his

conduct, and we give special deference to the district court's credibility

determinations. See United States v. Haswood, 350 F.3d 1024, 1028 (9th Cir.

2003).

**AFFIRMED.**